IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAIRYLAND INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KEURIS VALLEHO ROMERO,<br>PEREZ GARABITOS, JR.,<br>HADASSAH DISLA,<br>MARCO FERLAND,<br>GROUPE ROBERT, INC.,<br>TRANSPORT ROBERT LTEE,<br>FIVE STAR PRINTING, INC., and<br>JAMAICA COMMERCIAL PROPERTIES,<br>INC.,<br><br>    Defendants. | CIVIL ACTION<br>No. 19-5549 |

**ORDER**

AND NOW, this 11th day of February, 2021, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that plaintiff's Motion for Summary Judgement is **GRANTED**, and is it hereby **DECLARED** that the insurance policy at issue was not in effect on September 5, 2016, therefore, plaintiff owes no liability to the September 13, 2016 motorcycle accident.

                                              BY THE COURT:

                                              **/s/  Jeffrey L. Schmehl**
                                              Judge Jeffrey L. Schmehl